PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00055-KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| THOMAS WAYNE CAPENHURST, AND ROBERT LEE MCGRAW, | DATE: NOVEMBER 29, 2021<br>TIME:   9:00 A.M.<br>JUDGE: Hon. Kimberly J. Mueller. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Ross Pearson, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorneys for defendant ROBERT LEE MCGRAW and Tim Allen Pori, attorney for defendant THOMAS WAYNE CAPENHURST that the sentencing scheduled for November 29, 2021 be reset for January 10, 2022, at 9:00 a.m.

Counsel for Mr. Capenhurst has been dealing with a matter that has made him unavailable on November 29.  In addition, the parties need additional time to potentially request an evidentiary hearing and call live witnesses. The Defense will not be consenting to a hearing by zoom.  Both defendants would like a joint hearing, because the issues are likely to be interconnected.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 16, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: November 16, 2021 | /s/ TIM A. PORI<br>TIM A. PORI<br>Counsel for Defendant<br>Thomas Capenhurst<br>(Authorized by email on November 16, 2021) |
| Dated: November 16, 2021 | /s/ DOUGLAS J. BEEVERS<br>DOUGLAS J. BEEVERS<br>Counsel for Defendant<br>Robert McGraw<br>(Authorized by email on November 16, 2021) |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED. The sentencing scheduled for November 29, 2021, is RESET for January 10, 2022, at 9:00 a.m.

DATED: November 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE