HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ROBERT MCGRAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CAPENHURST ET AL <br><br> Defendant. | Case No. 2:18-cr-00055-KJM <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING <br><br> DATE: January 10, 2022 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Kimberly J. Mueller. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Ross Pearson, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for defendant ROBERT LEE MCGRAW and Tim Allen Pori, attorney for defendant THOMAS WAYNE CAPENHURST that the sentencing scheduled for January 10, 2022 be reset to March 07, 2022 at 9:00 a.m.

Defendant McGraw needs additional time to call live witnesses and to review psychiatric evidence. Defense also requires more time to request and prepare rule 17 materials, and to meet with the government to confer and narrow the issues to be heard at sentencing. Defense will not be consenting to a hearing by zoom. Both defendants would like a joint hearing, because the issues are likely to be interconnected.

Dated:  January 4, 2022
HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ROBERT MCGRAW

Dated: January 4, 2022
*/s/ Tim Allen Pori*
Tim Allen Pori
Attorney for Defendant
THOMAS WAYNE CAPENHURST

Dated: January 4, 2022
PHILLIP A. TALBERT
United States Attorney

*/s/ Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**It is further ordered that the January 10, 2022 sentencing be continued to March 07, 2022, at 9:00 a.m. before Kimberly J. Mueller, and the new briefing schedule adopted.**

Dated: January 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE