UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:18-cr-00055-KJM |
| Plaintiff, | ORDER |
| v. | |
| Thomas Wayne Capenhurst et al., | |
| Defendants. | |

Defendants Thomas Capenhurst and Robert McGraw request an evidentiary hearing to contest factual statements in their presentence reports. *See* Capenhurst Request, ECF Nos. 111, 116; McGraw Request, ECF No. 120. The disputed statements support the Probation Department's recommendation to adopt a sentencing enhancement that applies if "the offense was intended to cause death or serious bodily injury." U.S.S.G. § 2K1.4(c)(1) (2018); Capenhurst PSR ¶ 31, ECF No. 91; McGraw PSR ¶ 37, ECF No. 106; *see also United States v. Mathews*, 36 F.3d 821, 823–24 (9th Cir. 1994) (summarizing the relevant Guideline provisions in a similar case). The government opposes the request as unnecessary; it will not rely on the disputed evidence and will request that the court disregard or strike it. *See* Opp'n at 1, 3, ECF No. 118.

If any portion of a presentence report is disputed, the court must "rule on the dispute or determine that a ruling is unnecessary either because the matter will not affect sentencing, or because the court will not consider the matter in sentencing." Fed. R. Crim. P. 32(i)(3)(B).

1

"[T]he government bears the burden of proof on the facts underlying a sentence enhancement." *United States v. Zolp*, 479 F.3d 715, 718 (9th Cir. 2007).

Because the government will not attempt to prove the disputed facts, the court concludes an evidentiary hearing is "unnecessary" under the terms of Rule 32(i)(3)(B).  The requests for an evidentiary hearing (ECF Nos. 111, 116, and 120) are **denied without prejudice to renewal** at sentencing if disputes do in fact arise and are necessary to resolve.  Defendant McGraw's related request to file evidence under seal, which addresses the same disputed statements of the Presentence Report, *see* Notice, ECF No. 121, is thus **denied as moot**.

IT IS SO ORDERED.

DATED:  March 10, 2022.  18

_____
CHIEF UNITED STATES DISTRICT JUDGE